# EXHIBIT 3

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**PA 2-577-019**
**Effective Date of Registration:**
April 06, 2026
**Registration Decision Date:**
April 06, 2026

## Title

**Title of Work:** BOU-Video-03

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** November 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** RunePrints Ltd.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** RunePrints Ltd.
City Reach Suite 5, 5th Floor, 5 Greenwich View Place, London, E14 9NN, United Kingdom

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** RunePrints Ltd.
**Address:** City Reach Suite 5, 5th Floor, 5 Greenwich View Place
London E14 9NN United Kingdom

**Registration Number**
**PA 2-577-020**
**Effective Date of Registration:**
April 06, 2026
**Registration Decision Date:**
April 06, 2026

## Title

**Title of Work:** BOU-Video-01

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** November 15, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** RunePrints Ltd.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** RunePrints Ltd.
City Reach Suite 5, 5th Floor, 5 Greenwich View Place, London, E14 9NN, United Kingdom

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** RunePrints Ltd.
**Address:** City Reach Suite 5, 5th Floor, 5 Greenwich View Place
London E14 9NN United Kingdom

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-493-684**
**Effective Date of Registration:**
April 06, 2026
**Registration Decision Date:**
April 06, 2026

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 15, 2024 to October 15, 2024

### Title

**Title of Group:** Boulder Block 2024
**Number of Photographs in Group:** 4

- **Individual Photographs:** BOU-03, BOU-04, BOU-07, BOU-08
  **Published:** October 2024

### Completion/Publication

**Year of Completion:** 2024
**Earliest Publication Date in Group:** October 15, 2024
**Latest Publication Date in Group:** October 15, 2024
**Nation of First Publication:** United States

### Author

- **Author:** RunePrints Ltd.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

### Copyright Claimant

**Copyright Claimant:** RunePrints Ltd.
City Reach Suite 5, 5th Floor, 5 Greenwich View Place, London, E14 9NN,

**Registration Number**
**VA 2-493-687**
**Effective Date of Registration:**
April 06, 2026
**Registration Decision Date:**
April 06, 2026

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 15, 2025 to October 15, 2025

### Title

**Title of Group:** Boulder Block 2025
**Number of Photographs in Group:** 4

- **Individual Photographs:** BOU-01, BOU-05, BOU-06
  **Published:** May 2025

- **Individual Photographs:** BOU-02
  **Published:** October 2025

### Completion/Publication

**Year of Completion:** 2025
**Earliest Publication Date in Group:** May 15, 2025
**Latest Publication Date in Group:** October 15, 2025
**Nation of First Publication:** United States

### Author

- **Author:** RunePrints Ltd.
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom

### Copyright Claimant