# EXHIBIT 4

| Title | Image/Video | Registration No. | Registration Date |
|---|---|---|---|
| BOU-01 |  | VA 2-493-687 | April 6, 2026 |
| BOU-03 |  | VA 2-493-684 | April 6, 2026 |

| | | | |
|---|---|---|---|
| BOU-04 |  | VA 2-493-684 | April 6, 2026 |
| BOU-05 |  | VA 2-493-687 | April 6, 2026 |

| | | | |
|---|---|---|---|
| BOU-06 |  | VA 2-493-687 | April 6, 2026 |
| BOU-07 |  | VA 2-493-684 | April 6, 2026 |

| | | | |
|---|---|---|---|
| BOU-08 |  | VA 2-493-684 | April 6, 2026 |
| BOU-Video-01 | BOU-Video-01.mp4 | PA 2-577-020 | April 6, 2026 |
| BOU-Video-03 | BOU-Video-03.mp4 | PA 2-577-019 | April 6, 2026 |