# EXHIBIT 5


Boulder Block
Ask Gemini
boulderblockchallenge.com
Work
BACK IN STOCK - LIMITED TIME SALE
Boulder Block
Our Story
Contact Us
BOULDER BLOCK
FASTER
BETTER
BOULDER
BOULDER BLOCK
Portable Climbing Challenge
Customize Your Own Routes
Includes Real Rock Climbing Holds


Boulder Block™
Ask about this page?
boulderblockchallenge.com/products/boulder-block
Work
BACK IN STOCK - LIMITED TIME SALE
Boulder Block
Our Story
Contact Us
BOULDER BLOCK
BOULDER BLOCK™
73 reviews
£59.99 GBP £74.99 GBP
CHRISTMAS 25% OFF + 4 FREE GIFTS
Tactile Finger Climbing Game
Builds Strength at Home
Top Rated Gift for Climbers
OFFER ENDS AT 23:59
BOULDER BLOCK
+ 3 FREE GIFTS
+ Challenge Deck
£59.99
£74.99
MOST POPULAR
BOULDER BLOCK X2
+ 3 FREE GIFTS
+2 Challenge Decks
£95.98
£149.98
BOULDER BLOCK X3
+3 FREE GIFTS
+3 Challenge Decks
£152.97
£224.97
FREE GIFTS WITH YOUR ORDER
CHRISTMAS OFFER
$10.00
$12.00
$6.00


Boulder Block
Ask Gemini
boulderblockchallenge.com
Work
Customer Reviews
4.51 out of 5
Based on 73 reviews
60
2
4
2
5
Write a review
Customer photos & videos
See more
Most Recent
Jacob Verified by shop
Takes forever to ship
Mya L.
Shipping was super fast, and the bolder block looks amazing
Henry C.

Boulder Block™

boulderblockchallenge.com/products/boulder-block

Ask about this page?

Work

Boulder Block Our Story Contact Us BOULDER BLOCK

## Finger-Strength Focus

Move from start to finish hold using only your fingers. Challenge yourself, train hand strength, and turn climbing into a puzzle you can solve anywhere!



## Create Your Own Routes

Unscrew, reposition, and make it yours. With limitless hold



**Boulder Block™**
£59.99 ~~£74.99~~ SAVE 20%

Add to cart